him a wrongdoer. And this rule applies whether the defen- <span style="float:right">May Term, 1840.</span> dant be in possession under a contract of sale, or as a tenant. *Doe ex dem. Miller* v. *Noden*, 2 Esp. Rep. 530.—*Doe ex dem. Newby* v. *Jackson*, 1 B. & Cress. 448.—*Right ex dem. Lewis* v. *Beard*, 13 East, 210.—*Denn ex dem. Brune* v. *Rawlins*, 10 East, 261.—*Taylor* v. *M'Crackin*, 2 Blackf. 260.—1 Chitt. Gen. Pr. 571.

<span style="float:right">YANDES<br>v.<br>PATTERSON.</span>

In the present case, the defendant was a *bona fide* purchaser of the premises for a valuable consideration. The purchase was made, it is true, and possession taken, during the minority of the grantor, but the purchaser has remained in the possession of the property for the period of five years after she arrived at maturity, with the acquiescence of herself and husband. Having been so put into possession, and having continued there with their consent, we do not see that he has been guilty of any act which can make him a trespasser. The conveyances of infants are either void or voidable. Their executory contracts are said to be void, their executed contracts, voidable. Until the defendant was notified of the intention of the lessors of the plaintiff, to avoid the conveyance, he might rightfully continue in possession of the land. Whether in disaffirming the contract and avoiding the deed, (if it can be avoided,) *Moore* and wife should not refund the purchase-money, need not now be decided. The Court erred in refusing the instructions asked, and the judgment must be reversed.

*Per Curiam.*—The judgment is reversed, and the verdict set aside, at the costs of the relators. Cause remanded, &c.

*C. B. Smith*, for the plaintiff.

*C. H. Test* for the defendant.

---

YANDES *v.* PATTERSON.—In error.

THE points in this case were the same with those decided <span style="float:right">*Saturday, May 30.*</span> in *Braman* v. *Howk*, 1 Blackf. 392, and *Naylor* v. *Moody*, 3 id. 92, and were decided in conformity with those authorities.